B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Central District of California - Santa Ana | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pacific High Reach and Equipment Services, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**33-0969436** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1605 N. O'Donnell Way**<br>**Orange, CA**<br>ZIP Code **92867** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9          of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12     ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13          of a Foreign Nonmain Proceeding |

| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,      ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as          business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |
|---|---|---|

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**B1 (Official Form 1)(4/10)** Page 2

| **Voluntary Petition** | Name of Debtor(s): **Pacific High Reach and Equipment Services, Inc.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)
Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Pacific High Reach and Equipment Services, Inc. |

**Signatures**

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X *Ron Bender* /DW/
Signature of Attorney for Debtor(s)

**Ron Bender 143364**
Printed Name of Attorney for Debtor(s)

**Levene, Neale, Bender, Yoo & Brill LLP**
Firm Name

**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
Address

**(310) 229-1234**
Telephone Number

**143364**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Michael Davis**
Printed Name of Authorized Individual

**Vice President**
Title of Authorized Individual

**5-17-2011**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California - Santa Ana

In re    **Pacific High Reach and Equipment Services, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Hoskins Equipment, LLC<br>Contact: Max Hoskins<br>1148 North Lemon Street<br>Orange, CA 92867 | Max Hoskins<br>Hoskins Equipment, LLC<br>1148 North Lemon Street<br>Orange, CA 92867<br>714-289-0400 | | | 513,593.59 |
| ACME LIFT COMPANY, LLC<br>4751 E. Indigo st<br>Mesa, AZ 85205 | Kris Kirby<br>ACME LIFT COMPANY, LLC<br>4751 E. Indigo st<br>Mesa, AZ 85205<br>602-647-7246 | | | 156,486.00 |
| RUSH TRUCK LEASING, INC.<br>7837 E Telegraph Rd.<br>Pico Rivera, CA 90660 | Randy Golden<br>RUSH TRUCK LEASING, INC.<br>7837 E Telegraph Rd.<br>Pico Rivera, CA 90660<br>562-927-6215 | | | 46,362.80 |
| Anthem Blue Cross<br>21555 Oxnard Street<br>attn: Deborah Westrup<br>Woodland Hills, CA 91367 | Anthem Blue Cross<br>21555 Oxnard Street<br>attn: Deborah Westrup<br>Woodland Hills, CA 91367 | | | 45,606.62 |
| Hadley Tow<br>11819 E. Hadley St.<br>Whittier, CA 90601 | Bob Wade<br>Hadley Tow<br>11819 E. Hadley St.<br>Whittier, CA 90601<br>562-692-3793 | | | 32,698.75 |
| HORIZON DISTRIBUTORS, INC.<br>109 NORTHPARK BLVD.<br>COVINGTON, CA 70433 | Dawn Chiasson<br>HORIZON DISTRIBUTORS, INC.<br>109 NORTHPARK BLVD.<br>COVINGTON, CA 70433<br>985.801.5289 | | | 32,262.52 |
| Tanfield Engineering Systems (US), Inc.<br>P.O. BOX 201949<br>Dallas, TX 75320-1949 | Teresa Alvarez/David Sternweis<br>Tanfield Engineering Systems (US), Inc.<br>P.O. BOX 201949<br>Dallas, TX 75320-1949<br>866-843-3381 ext 6609 | | | 24,427.75 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Pacific High Reach and Equipment Services, Inc.**                    Case No. _____

                                            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
| PETE'S ROAD SERVICE<br>2230 E. Orangethorpe<br>Fullerton, CA 92831 | Meladee Evans<br>PETE'S ROAD SERVICE<br>2230 E. Orangethorpe<br>Fullerton, CA 92831<br>714-446-1207 | | | 23,278.49 |
| CRAIG QUALLS<br>28787 Greenwood Pl.<br>Castaic, CA 91384 | CRAIG QUALLS<br>28787 Greenwood Pl.<br>Castaic, CA 91384<br>818-890-1483 | | | 17,975.00 |
| TRAVELERS - Workers Comp<br>5256 S. Mission Rd, Suite 1006<br>Bonsall, CA 92003 | Michael Bell/Ins. Brokers<br>TRAVELERS - Workers Comp<br>5256 S. Mission Rd, Suite 1006<br>Bonsall, CA 92003<br>800-426-2634 | | | 15,017.50 |
| DC Automotive Electric<br>8541-A Central Ave<br>Stanton, CA 90680 | Chris<br>DC Automotive Electric<br>8541-A Central Ave<br>Stanton, CA 90680<br>714-828-7681 | | | 10,370.00 |
| AMERICAN MOBILE TRUCK WASH<br>P.O. Box 1359<br>Anaheim, CA 92815 | Arturo Soltero<br>AMERICAN MOBILE TRUCK WASH<br>P.O. Box 1359<br>Anaheim, CA 92815<br>714-396-1967 | | | 7,945.00 |
| SHERATON FAIRPLEX<br>601 West McKinley Avenue<br>Pomona, CA 91768 | Attn: Management Accounts<br>SHERATON FAIRPLEX<br>601 West McKinley Avenue<br>Pomona, CA 91768<br>(909) 622-2220 | | | 7,335.52 |
| FLAT RATE EQUIPMENT REPAIR<br>P.O. Box 152<br>La Mirada, CA 90637 | Glenda Carroll<br>FLAT RATE EQUIPMENT REPAIR<br>P.O. Box 152<br>La Mirada, CA 90637<br>562-806-0059 | | | 6,931.31 |
| NAPA - ORANGE<br>11710 Pacific Avenue<br>Fontana, CA 92337 | Kim Augmon<br>NAPA - ORANGE<br>11710 Pacific Avenue<br>Fontana, CA 92337<br>951-360-0880 | | | 6,693.92 |
| PERFORMANCE PLUS BATTERIES<br>125 E Commercial St., Suite B<br>Anaheim, CA 92801 | Bud<br>PERFORMANCE PLUS BATTERIES<br>125 E Commercial St., Suite B<br>Anaheim, CA 92801<br>714-888-2457 | | | 6,178.60 |

B4 (Official Form 4) (12/07) - Cont.

In re **Pacific High Reach and Equipment Services, Inc.**          Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Heavy Transport Inc.**<br>**P.O. Box 727**<br>**Long Beach, CA 90801-0727** | **Accounts Payable**<br>**Heavy Transport Inc.**<br>**P.O. Box 727**<br>**Long Beach, CA 90801-0727**<br>**562-984-2453** | | | 5,828.00 |
| **MUTUAL PROPANE**<br>**17117 S Braodway**<br>**Gardena, CA 90248** | **Greg Datig**<br>**MUTUAL PROPANE**<br>**17117 s Braodway**<br>**Gardena, CA 90248**<br>**310-515-0553** | | | 5,759.86 |
| **CARQUEST - # 060143**<br>**340 W. Collins Ave.**<br>**Orange, CA 92867** | **CARQUEST - # 060143**<br>**340 W. Collins Ave.**<br>**Orange, CA 92867** | | | 5,367.50 |
| **FAIRWAY FORD**<br>**1350 E. Yorba Linda Blvd**<br>**Placentia, CA 92870** | **FAIRWAY FORD**<br>**1350 E. Yorba Linda Blvd**<br>**Placentia, CA 92870**<br>**714-524-1200** | | | 5,293.10 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date _May 26, 2011_          Signature _____  V.P.

**Michael Davis**
**Vice President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or
    against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any
    copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any
    corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number
    and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom
    assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property
    included in Schedule A that was filed with any such prior proceeding(s).)
        **None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform
    Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the
    debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which
    the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth
    the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy
    Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.
    Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
        **Not Applicable**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has
    previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer
    of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner
    of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons,
    firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of
    each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned,
    whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in
    Schedule A that was filed with any such prior proceeding(s).)
        **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof,
    has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such
    prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still
    pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A
    that was filed with any such prior proceeding(s).)
        **Not Applicable**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Orange** _____ , California.

Dated  **5-17-2011**

_Michael Davis_
Debtor

_____
Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                              F 1015-2.1

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                      Best Case Bankruptcy

**RESOLUTION AUTHORIZING CHAPTER 11 BANKRUPTCY FILING BY
PACIFIC HIGH REACH AND EQUIPMENT SERVICES, INC.**

A special meeting of Pacific High Reach and Equipment Services, Inc., a California corporation (the "Company") was held on May 16, 2011, at which the following resolutions were duly enacted, and the same remain in full force and effect, without modification, unless and until a further resolution to the contrary is adopted:

> RESOLVED, that a Petition under the provisions of Chapter 11 of Title 11 of the United States Code shall be filed by the Company with the United States Bankruptcy Court, Central District of California on May 16, 2011 or the first possible date thereafter as determined by the Designated Officer upon the advice of counsel;

> FURTHER RESOLVED, that the law firm of Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB") shall be retained as bankruptcy counsel to the Company for purposes of filing the Chapter 11 bankruptcy case for the Company and representing the Company in its Chapter 11 bankruptcy case. The Designated Officer is hereby authorized and directed to execute an application for the Company to employ LNBYB as bankruptcy counsel to the Company in connection with the Company's Chapter 11 bankruptcy case;

> FURTHER RESOLVED, that Michael Davis ("Davis") shall serve as the Designated Officer for the Company during the

pendency of its Chapter 11 bankruptcy
case;

FURTHER RESOLVED, that as the Designated
Officer, Davis is hereby authorized and
directed on behalf of and in the name of
the Company to execute a Chapter 11
bankruptcy petition and all related
documents and papers on behalf of the
Company in order to enable the Company
to commence its Chapter 11 bankruptcy
case;

FURTHER RESOLVED, that as the Designated
Officer, Davis is hereby authorized and
directed on behalf of and in the name of
the Company to execute and file and to
cause counsel to the Company to prepare
with the assistance of the Company as
appropriate all petitions, schedules,
lists and other papers, documents and
pleadings in connection with the
Company's bankruptcy case that Davis
deems appropriate for the Company.

Dated: May __, 2011

Michael Davis

By: _Michael Davis_____
    Michael Davis, Vice-President

2

Verification of Creditor Mailing List - (Rev. 10/05)                                    2005 USBC, Central District of California

## MASTER MAILING LIST
### Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name      **Ron Bender 143364**

Address      **10250 Constellation Blvd. Suite 1700 Los Angeles, CA 90067**

Telephone      **(310) 229-1234**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years: **Pacific High Reach and Equipment Services, Inc.** | Case No.: |
| | Chapter:     **11** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __26__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:   _5-17-2011_

_Michael Davis_
**Michael Davis/Vice President**
Signer/Title

Date: _____

Signature of Attorney
**Ron Bender 143364**
**Levene, Neale, Bender, Yoo & Brill LLP**
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
**(310) 229-1234**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

Pacific High Reach and Equipment Services, Inc.
1605 N. O'Donnell Way
Orange, CA 92867


Ron Bender
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067


U.S. Trustee - Santa Ana
411 West Fourth Street
Suite 9041
Santa Ana, CA 92701-8000


ACCESS FINANCIAL SOLUTIONS, INC.
15001 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


ACCESS FINANCIAL SOLUTIONS, INC.
13224 Fountainhead Plaza
Hagerstown, MD 21742


ACCESS FINANCIAL SOLUTIONS, INC.
13712 Crayton Boulevard
Hagerstown, MD 21742


ACCESS PLATFORM INC
2115 S. HELMAN AVE.
UNIT D
ONTARIO, CA 91761


ACME LIFT COMPANY, LLC
4751 E. Indigo st
Mesa, AZ 85205

Pacific High Reach and Equipment Services, Inc.
1605 N. O'Donnell Way
Orange, CA 92867


Ron Bender
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067


U.S. Trustee - Santa Ana
411 West Fourth Street
Suite 9041
Santa Ana, CA 92701-8000


ACCESS FINANCIAL SOLUTIONS, INC.
15001 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


ACCESS FINANCIAL SOLUTIONS, INC.
13224 Fountainhead Plaza
Hagerstown, MD 21742


ACCESS FINANCIAL SOLUTIONS, INC.
13712 Crayton Boulevard
Hagerstown, MD 21742


ACCESS PLATFORM INC
2115 S. HELMAN AVE.
UNIT D
ONTARIO, CA 91761


ACME LIFT COMPANY, LLC
4751 E. Indigo st
Mesa, AZ 85205

AGC of California
3095 Beacon Blvd
West Sacramento, CA 95691

Ahern Rentals
4241 S. Arville St.
Las Vegas, NV 89103-3713

ALEXIS ENVIRONMENTAL
219 Glider Circle
Corona, CA 92880-2534

Alexis Oil Co.
219 Glider Circle
Corona, CA 92880-2534

Alexis Oil Co. - PER
219 Glider Circle
Corona, CA 92880-2534

ALLIANCE COMPLIANCE TESTING
P.O. Box 79108
Corona, CA 92877-0170

Alter Moneta Corporation
50 Lakefront Blvd., Suite 208
Buffalo, NY 14202

Alter Moneta Corporation
P.O. Box 0517
Buffalo, NY 14240-0517

AMERI GAS PROPANE
16800 S. Main St.
Gardena, CA 90248

AMERICAN MOBILE TRUCK WASH
P.O. Box 1359
Anaheim, CA 92815

ANDREW CAMPOS- Lucinda
849 MARIPOSA STREET
KINGSBURG, CA 93631

Anthem Blue Cross
21555 Oxnard Street
attn: Deborah Westrup
Woodland Hills, CA 91367

Anthem Blue Cross
PO Box 629
Woodland Hills, CA 91365

Attorney Recovery Systems
18757 Burbank Blvd, Suite 300
Tarzana, CA 91356-6329

B & M LAWN & GARDEN, INC.
2801 E. Miraloma
Anaheim, CA 92806

BAMBOODEV
3334 East Coast Highway, Suite 339
CORONA DEL MAR, CA 92625

Bank of the West
201 North Civic Drive
Walnut Creek, CA 94596

Bank of the West
2527 Camino Ramon
San Ramon, CA 94583

BATTERY POWER INC
11818 Glenoaks Blvd
San Fernando, CA 91340

Best Golf Service
P.O. Box 298
18041 Valley Boulevard
Bloomington, CA 92316-0298

BLACK JACK
P.O. BOX 8577
ST. JOSEPH, MO 64508-8577

BOMAG AMERICAS, INC.
DEPT 4368
CAROL STREAM, IL 60122-4368

Budget Uniform Rental
1702 W. 134th St.
P.O. Box 1368
Gardena, CA 90249

California Chamber of Commerce
P.O. Box 526020
Sacramento, CA 95852-6020

CARQUEST - # 060143
340 W. Collins Ave.
Orange, CA 92867

CARQUEST - # 210029
P.O. Box 503589
St. Louis, MO 63150-3589

CHAMCOR PARTS CENTER, INC
South El Monte, CA 91733-0637

CINTAS - PER
28334 INDUSTRY DR.
VALENCIA, CA 91355

Citicorp Del Lease, Inc.
450 Mamaroneck Avenue
Harrison, NY 10528

Citicorp Leasing, Inc.
450 Mamaroneck Avenue
Harrison, NY 10528

City of Orange
P.O. Box 11029
Orange, CA 92856-8129

CLEAN FLEET
10350 NORTH VANCOUVER WAY
PORTLAND, OR 97217

COMMUNITY BANK
790 E. Colorado Blvd., 3rd Floor
Pasadena, CA 91101

COMMUNITY BANK
9699 SIERRA AVENUE
FONTANA, CA 92335-5716

CONCENTRA
P O BOX 3700
RANCHO CUCAMONGA, CA 91729-3700

CONTINENTAL FILING SYSTEMS
P.O. Box 1389
Simi Valley, CA 93062

CR&R Incorporated-Trash Service
11292 Western Ave
P.O. Box 125
Stanton, CA 90680

CRAIG QUALLS
28787 Greenwood Pl.
Castaic, CA 91384

CROWN DISPOSAL CO., INC.
P.O. BOX 1081
SUN VALLEY, CA 91352

Cutting Edge Supply- PER
234 E. O Street
Colton, CA 92324

D&B
P.O. BOX 75434
CHICAGO, IL 60675-5434


DAKOTA MANUFACTURING
1909 SOUTH ROWLEY
P.O. BOX 1188
MITCHELL, SD 57301


DC Automotive Electric
8541-A Central Ave
Stanton, CA 90680


DE LAGE LANDEN FINANCIAL
PO BOX 41602
PHILADELPHIA, PA 19101-1602


DE LAGE LANDEN FINANCIAL
P.O. BOX 92309
CLEVELAND, OH 44193


De Lage Landen Financial Services, Inc.
1111 Old Eagle School Road
Wayne, PA 19087


DISPATCHING SOLUTIONS, INC.
P.O. Box 1489
Ontario, CA 91762


DMV RENEWAL
P.O. BOX 942894
Sacramento, CA 94294-0894

DORAN BUSINESS PRODUCTS
1173 N. Kramer Blvd
Anaheim, CA 92806

DRB AMERICA
13040 Moore Street
Cerritos, CA 90703

E-Z-Go Division of Textron
26007 Network Place
Chicago, IL 60673-1260

Elite Construction Equipment
431 W. Chestnut
Monrovia, CA 91016

Employment Development Dept.
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280

EQUIPMENT LEASING SPECIALISTS, INC.
2020 Grand River Annex
Brighton, MI 48114

EQUIPMENT LEASING SPECIALISTS, INC.
1600 TOWN COMMONS DRIVE, SUITE 103
HOWELL, MI 48855

FAIRWAY FORD
1350 E. Yorba Linda Blvd
Placentia, CA 92870

Financial Federal Credit
17320 Red Hill Avenue, Suite 250
Irvine, CA 92614

Financial Federal Credit
7 Corporate Park, Suite 240
Irvine, CA 92606

FLAT RATE EQUIPMENT REPAIR
P.O. Box 152
La Mirada, CA 90637

Ford Credit Commercial Leasing Corp.
3950 Regent Blvd., 2nd Floor
Irving, TX 75063

Ford Motor Credit
10833 Valley View St., Suite 400
Cypress, CA 90630

Fore-Par Group Inc
7650 Stage Road
Buena Park, CA 90621

FOREMOST INSURANCE COMPANY
P.O. BOX 0915
CAROL STREAM, IL 60132-0915

Franchise Tax Board
Bankruptcy Unit
P. O. Box 2952
Sacramento, CA 95812

FRANCISCO CENDEJAS
1416 S. ROSS STREET
SANTA ANA, CA 92707


GE CAPITAL
P.O. Box 802585
Chicago, IL 60680-2585


GE CAPITAL
P.O. Box 643720
Pittsburgh, PA 15264-3720


GE CAPITAL
P.O. BOX 31001-0275
PASADENA, CA 91110-0275


GE COMMERCIAL DISTRIBUTION FINANCE CORP.
75 REMITTANCE DRIVE, SUITE 96939
CHICAGO, IL 60675-6939


GE COMMERCIAL DISTRIBUTION FINANCE CORP.
P.O. Box 31626
Saint Louis, MO 63131


GEHL Company
143 Water Street
WEST BEND, WI 53095


GEHL FINANCE
ONE GEHL WAY
WEST BEND, WI 53095

General Electric Capital Corporation
3000 Lakeside Drive, Suite 200N
Bannockburn, IL 60015

General Electric Capital Corporation
44 Old Ridgebury Road
Danbury, CT 06810

General Electric Capital Corporation
P.O. Box 35701
Billings, MT 59107

General Electric Capital Corporation
1961 Hirst Drive
Moberly, MO 65270

GMAC
P.O. Box 9001948
Louisville, KY 40290-1948

GMAC
P O BOX 78234
Phoenix, AZ 85062-8234

GMAC Payment Processing Center
P.O. Box 78234
Phoenix, AZ 85062-8234

Gold Coast/ Chino Valley Landscape
P.O. Box 7784
Norco, CA 92860

Gregory S. Brunette Accountancy Corp.
601. E. Chapman Ave.
Orange, CA 92866

H D Industries
 537 W. Anaheim Street
P.O. Box 21399
Long Beach, CA 90801

Hadley Tow
11819 E. Hadley St.
Whittier, CA 90601

HAWTHORNE LIFT SYSTEMS-NAUMANN HOBBS
BIN # 20013
P.O. BOX 29426
PHOENIX, AZ 85038-9426

Heavy Transport Inc.
P.O. Box 727
Long Beach, CA 90801-0727

HORIZON DISTRIBUTORS, INC.
109 NORTHPARK BLVD.
COVINGTON, CA 70433

HOSE-MAN
5397 N. IRWINDALE AVE
IRWINDALE, CA 91706-2025

Hoskins Equipment, LLC
Contact: Max Hoskins
1148 North Lemon Street
Orange, CA 92867

IMPERIAL CREDIT CORPORATION
45 EAST RIVER PARK PLACE, WEST #308
FRESNO, CA 93720

INDUSTRIAL TIRE SERVICE
P.O. Box 9487
Long Beach, CA 90810

Internal Revenue
P. O. Box 21126
Philadelphia, PA 19114

INTERSTATE BATTERY SYSTEMS
9792 GLENOAKS BLVD, UNIT A
SUN VALLEY, CA 91352-1014

IPC Industries, Inc.
Huskie Hydraulic Hammers
194 N. Brandon Drive
Glendale Heights, IL 60139

J.M. Building Maintenance Co.
2017 Foothill Dr.
Fullerton, CA 92833

JLG Industries
13224 Fountainhead Plaza
Hagerstown, MD 21742

John JD Davis
12511 SILVER FOX ROAD
ROSSMOOR, CA 90720

JUAN VELASCO
139 N. Bitter Bush St
Orange, CA 92868


KB ACTUARIAL, INC.
P.O. Box 9626
Redlands, CA 92375


KEY CORP CAPITAL


Key Equipment Finance
3075 Highland Parkway, 7th Floor
Downers Grove, IL 60515


Key Equipment Finance
P.O. Box 74713
Cleveland, OH 44194-4713


KIMBALL MIDWEST
Dept L-2780
Columbus, OH 43260-2780


King Equipment
P.O. Box 2908
Chino Hills, CA 91709


LA DWP - Outside Light
PO BOX 30808
LOS ANGELES, CA 90030-0808

LA DWP - Water & Power
P.O. BOX 30808
LOS ANGELES, CA 90030-0808

Lakeside Equipment
11925 Woodside Ave
Lakeside, CA 92040

LAMPERT
888 SEVENTH AVENUE, 17TH FLOOR
NEW YORK, NY 10019

Lindsey Pension-See KB Actuarial

MAKO EQUIPMENT RENTAL
10859 S. Norwalk Blvd
SANTA FE SPRINGS, CA 90670

Manitou North America, Inc.
PO Box 21386
Waco, TX 76702-1386

MARKSMAN MANUFACTURING
13609 E. Rosecrans Ave
Santa Fe Springs, CA 90670

MAX EQUIPMENT RENTAL
2365 Oceanside Blvd
Oceanside, CA 92054

McFADDEN-DALE INDUSTRIAL
2925 E LA PALMA
ANAHEIM, CA 92806


McGraw Hill Dodge
7625 Collection Center Dr
Chicago, IL 60693-0076


MINNPAR, LLC
2526 Solutions Center
Chicago, IL 60677-2005


Mitsui Machinery Distribution, Inc.
121 High Hill Road
Swedesboro, NJ 08085


Mudge Fasteners, Inc
3050 Palisades Drive
Corona, CA 92880


Multiquip, Inc.- PER
23688 Network Place
Chicago, IL 60673-1633


MUTUAL PROPANE
17117 S Braodway
Gardena, CA 90248


MUTUAL PROPANE - PER
17117 S. BROADWAY
GARDENA, CA 90248-3115

NAPA - ORANGE
11710 Pacific Avenue
Fontana, CA 92337


NICHOLAS CHEVROLET
10150 TRASK AVE.
GARDEN GROVE, CA 92843


PADILLA CONSTRUCTION
1130 W. Trenton Ave.
ORANGE, CA 92867


Parr Lumber 2
Attn: Pete Parrella
14023 Ramona Ave
Chino, CA 91710


PDQ Rental Center
10826 Shoemaker
Santa Fe Springs, CA 90670


People's United Equipment Finance Corp.
P.O. Box 201503
Houston, TX 77216-1503


PERFORMANCE PLUS BATTERIES
125 E Commercial St., Suite B
Anaheim, CA 92801


PETE'S ROAD SERVICE
2230 E. Orangethorpe
Fullerton, CA 92831

PETE'S ROAD SERVICE- PER
2230 E ORANGETHORPE AVE
FULLERTON, CA 92831-5329


PITNEY BOWES
P.O. BOX 371877
PITTSBURGH, PA 15250-7887


Pitney Bowes Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7875


POMA AUTOMATED FUELING
P.O. Box 479
Bloomington, CA 92316


POWERTECH ENGINES, INC.
PO Box 3489
Los Altos, CA 94024-0489


PRAXAIR
DEPT LA 21511
PASADENA, CA 91185-1511


QUALIFIED MOBILE, INC
Corporate Headquarters
P.O. Box 5209
Norco, CA 92860


QUALLS EQUIPMENT, INC
9879 San Fernando Rd
Pacoima, CA 91331

QUINN RENTAL SERVICES
Department 9665
Los Angeles, CA 90084


Rainbow Custom Carts, Inc.
376 American Circle
Corona, CA 92880-1758


RAPIDGate
10450 SW Nimbus Ave
Building R-A
Portland, OR 97223


Remington Water
P.O. Box 800850
Santa Clarita, CA 91380


ROADRUNNER GRAPHICS
650 N. ROSE DRIVE #372
PLACENTIA, CA 92870


ROBERT BELL BROKERS
5256 S. MISSION ROAD, SUITE 1006
BONSALL, CA 92003


RUSH TRUCK LEASING, INC.
7837 E Telegraph Rd.
Pico Rivera, CA 90660


SAKAI AMERICA INC
DEPT AT 952988
ATLANTA, GA 31192-2988

Santa Clara Valley Bank, NA
24300 Town Center Dr, Ste 100
Valencia, CA 91356


SC FUELS
P.O. Box 14014
Orange, CA 92863-4014


SCOTT SAPAK
13882 GIMBERT LANE
SANTA ANA, CA 92705


Securities & Exchange Commission
Attn: Bankruptcy Counsel
5670 Wilshire Blvd., Fl 11
Los Angeles, CA 90036


SG EQUIPMENT FINANCE USA CORP.
480 WASHINGTON BLVD, 24TH FLOOR
JERSEY CITY, NJ 07310


SGS Supply
214 S. Bradford Ave
Placentia, CA 92870


SHERATON FAIRPLEX
601 West McKinley Avenue
Pomona, CA 91768


SHIRLEY Y.  BROWN
2807 ERSKINE CREEK RD, Space 91
LAKE ISABELLA, CA 93240

SNORKEL INTERNATIONAL
24371 NETWORK PLACE
CHICAGO, IL 60673-1243


Snorkel International, Inc.
P.O. Box 1160
St. Joseph, MO 64502


SOUTHERN CALIFORNIA CONTRACTORS ASSOC.
6055 E. WASHINGTON BLVD., #200
LOS ANGELES, CA 90040


SOUTHERN CALIFORNIA EDISON
PO Box 600
Rosemead, CA 91771-0001


SOUTHWEST PRODUCTS
P.O. Box 11267
Phoenix, AZ 85061


Stephens Friedland, LP
Attn: Todd G. Friedland
4695 MacArthur Court, Suite 1550
Newport Beach, CA 92660


SUNRISE FORD - FONTANA
16005 Valley Blvd.
Fontana, CA 92335


SUNRISE FORD - N. HOLLYWOOD
5500 LANKERSHIM BLVD
N. HOLLYWOOD, CA 91601

SUZY LANE BOOKKEEPING
105 S. Leandro Street
Anaheim, CA 92807


Tanfield Engineering Systems  US , Inc.
P.O. BOX 201949
Dallas, TX 75320-1949


Textron E-Z Go
26007 Network Place
Chicago, IL 60673-1260


TEXTRON FINANCIAL
21720 NETWORK PLACE
CHICAGO, IL 60673


Textron Financial
Dept AT 40219
Atlanta, GA 31192-0219


Textron Financial Corporation
11575 Great Oaks Way, Suite #210
Alpharetta, GA 30022


Textron Financial Corporation
40 Westminster Street
Providence, RI 02903


Textron Financial Corporation
P.O. Box 9354
Minneapolis, MN 55440

Textron Financial Corporation and its Af
4550 North Point Parkway, #400
Alpharetta, GA 30022


TFS - The Fitting Source, Inc
9041 Owensmouth Ave
Canoga Park, CA 91304


TFS Capital Funding - Construction
3000 Lakeside Drive, Suite 200N
Bannockburn, IL 60015


The CIT Group/Equipment Financing
P.O. Box 27248
Tempe, AZ 85285


THE GAS COMPANY
P O BOX C
MONTEREY PARK, CA 91756


TIFCO INDUSTRIES
P O BOX 40277
HOUSTON, TX 77240-0277


TOM'S RADIATOR SERVICE
828 W. Chapman Ave.
Orange, CA 92868


Toolshed Equipment Rental
142 W. Mission Ave.
Escondido, CA 92025

TRAVELERS - Workers Comp
5256 S. Mission Rd, Suite 1006
Bonsall, CA 92003

TRUCPARCO
1340 S. CLAUDINA ST.
ANAHEIM, CA 92805-6234

U.S. BANCORP EQUIPMENT FINANCE, INC.
P.O. Box 230789
Portland, OR 97281

U.S. BANCORP EQUIPMENT FINANCE, INC.
P.O. BOX 790413
ST. LOUIS, MO 63179-0413

United States Trustee
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701

VINO LOGOS
22865 BELQUEST DR.
LAKE FOREST, CA 92630

Wacker
BOX 88058
MILWAUKEE, WI 53288-0058

WATER WERX
8618 CLETA STREET
DOWNEY, CA 90241

Welders Arc Rentals
P.O. Box 1181
Rialto, CA 92377


Wells Fargo Bank, N.A.
300 Tri-State Int'l, Suite 400
Lincolnshire, IL 60069


Wells Fargo Equipment Finance, Inc.
1540 W. Fountainhead Parkway
Tempe, AZ 85282


Wells Fargo Visa 2584
PO Box 54349
Los Angeles, CA 90054-0349


Wesco Security Systems, Inc.
P.O. Box 4518
Covina, CA 91723


WEST COAST EQUIPMENT, LLC- PER
P.O. Box 2150
Rialto, CA 92377


WEST COAST EQUIPMENT, LLC.
P.O. Box 2150
Rialto, CA 92377


Western Printing & Graphics
17931 Skypark Circle
Irvine, CA 92614

XO COMMUNICATIONS
FILE 50550
LOS ANGELES, CA 90074-0550


YELLOW TRANSPORTATION, INC.
P O BOX 100299
PASADENA, CA 91189-0299

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Ron Bender**<br>**Levene, Neale, Bender, Yoo & Brill LLP**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>**143364**<br>☒ Attorney for: Debtor | |

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA** | |
| In re:<br><br>**Pacific High Reach and Equipment Services, Inc.**<br>                                                                                 Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists                                      Date Filed: _____

☐ Amendments to the petition, statement of affairs, schedules or lists        Date Filed: _____

☐ Other: _____                                                            Date Filed: _____

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____                    May 17, 2011 _____
Signature of Authorized Signatory of Filing Party                    Date

**Michael Davis**
_____
Printed Name of Authorized Signatory of Filing Party

**Vice President**
_____
Title of Authorized Signatory of Filing Party

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____                    May 17, 2011 _____
Signature of Attorney for Filing Party                              Date

**Ron Bender 143364**
_____
Printed Name of Attorney for Filing Party

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy